UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    19cv2037(DLC)
BERNARD SCARBOROUGH,                  :
                                      :    ORDER
                    Plaintiff,        :
          -v-                         :
                                      :
U.S. SECURITY ASSOCIATES, INC.,       :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/19

DENISE COTE, District Judge:

An Order of November 12, 2019 granted the motion of Christopher Mason ("Mason") and Locksley Wade ("Wade") to withdraw as counsel for plaintiff in the above-captioned case and ordered that any new counsel for plaintiff must file a notice of appearance by December 6. The November 12 Order further ordered that, if no counsel has appeared by December 6, plaintiff must complete a Notice of Appearance form and submit it by mail by December 6 to the Pro Se Office of this Courthouse. Plaintiff was further advised that the failure to enter a Notice of Appearance may result in dismissal of this case for failure to prosecute.

As of the date of this Order, plaintiff has failed to submit a Notice of Appearance form and no counsel has appeared on his behalf. In the week that has passed since the December 6 deadline, plaintiff has not communicated to this Court or made any effort to suggest he intends to continue to prosecute this

case.  Accordingly, it is hereby

ORDERED that the above-captioned action is dismissed.

Dated: New York, New York
December 13, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge